IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHELLE RENE' GILBANK,

    Plaintiff,

v.

                                                  Case No. 20-cv-601-jdp

WOOD COUNTY DHS, MARSHFIELD POLICE
DEPARTMENT, CHILDREN'S HOSPITAL
OF WISCONSIN, THERESA HEINZEN-JANZ,
DEREK IVERSON, MARY CHRISTENSEN,
ANNE LACHAPELLE, MARY SOLHEIM
GREGORY POTTER, and NICHOLAS BRAZEAU, JR.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | December 10, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |